UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                           CASE NO. 03-12900-BKC-AJC
JOSE A. SANCHEZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

RECEIVED VIA MAIL
JUL 26 2010
U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 15.61 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

     Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

     WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 2 3 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

JOSE A. SANCHEZ
30610 SW 154TH AVE
MIAMI, FL 33033

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

WORLDWIDE ASSET PURCHASING,LLC
C/O WORLDWIDE ASSET MGMT.,LLC
PO BOX 672047
MARIETTA, GA 30006

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              CASE NO.   03-12900-BKC-AJC
JOSE A. SANCHEZ

                                    CHAPTER 13


JOSE A. SANCHEZ

30610 SW 154TH AVE
MIAMI, FL 33033


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


WORLDWIDE ASSET PURCHASING, LLC---------$           15.61
C/O WORLDWIDE ASSET MGMT., LLC
PO BOX 672047
MARIETTA, GA 30006

U.S. Trustee                            **UNDELIVERABLE/STALE**
51 S.W. 1st Avenue                      **CLAIM REGISTER# 2**
Miami, Florida 33130